UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ESKIN KUHN, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO. 5:09CV1202 |
| PLAINTIFF, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | |
| AIG NATIONAL INSURANCE COMPANY, INC., et al., | ) ) ) | **JUDGMENT ENTRY** |
| DEFENDANT. | ) ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, all defendants except 21st Century are **DISMISSED** because the complaint fails to state a claim upon which relief could be granted against them. Further, all class allegations in the complaint are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual claims against defendant 21st Century are **REMANDED** to the Stark County Court of Common Pleas because of failure to establish the jurisdictional amount for diversity jurisdiction.

**IT IS SO ORDERED**.


Dated: December 31, 2009

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**